UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, | Hon. Renée Marie Bumb |
| Plaintiff, | Civil No. 10-0943 (RMB) |
| v. | |
| PA. DEPT. OF CORREC., et al., | **ORDER** |
| Defendants. | |

For the reasons expressed in the Memorandum Opinion accompanying this Order,

IT IS on this **1st** day of **February 2011**,

**ORDERED** that defendants' motion (docket entry #9) to vacate the Order entered March 15, 2010, is **GRANTED**; and it is further

**ORDERED** that the Order (docket entry #2) entered March 15, 2010, is hereby **VACATED**; and it is further

**ORDERED** that Plaintiff's application to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g); and it is further

**ORDERED** that defendants' motion to dismiss the Complaint is **DENIED WITHOUT PREJUDICE** as moot; and it is further

**ORDERED** that Plaintiff's request for an extension of time to respond to the motion to dismiss, request for entry of default and default judgment, request to file an amended complaint, and

request for order requiring Marshal to effectuate service, are **DENIED WITHOUT PREJUDICE** as moot; and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Memorandum Opinion upon the parties who have entered an appearance, and shall administratively terminate the file; and it is finally

**ORDERED** that, if Plaintiff prepays the $350.00 filing fee within 14 days of the date of the entry of this Order, then this Court will reopen the file and screen the Complaint for sua sponte dismissal; and it is further

**ORDERED** that the Clerk of the Court shall docket this Order and the accompanying Memorandum Opinion in Civil Action No. 10-3458 with the notation "For Informational Purposes Only."

                                           s/Renée Marie Bumb
                                           **RENÉE MARIE BUMB**
                                           **United States District Judge**